# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD R. BERK, et al.,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 19-4629 |
| | : | |
| **EQUIFAX, INC., et al.** | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 21st day of February, 2020, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Doc. No. 3) is **DENIED**;

2. Defendants' Motion to Transfer (Doc. No. 3) is **GRANTED**;

3. The **Clerk of Court** shall **TRANSFER** this case to the United States District Court for the Northern District of Georgia; and

4. The **Clerk of Court** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.